83,710-01

Mr. Ervin Kay                                October 5, 2015
TDCJ #1331828
Darrington Unit
59 Darrington Rd.
Rosharon, Tx. 77583

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 08 2015

Abel Acosta, Clerk

TEXAS COURT OF CRIMINAL APPEALS
Attn: Court Clerk
P.O. Box 12308, Capitol Station
Austin, Tx.   78711

Re:   Cause No. WR-83,710-01; T.C. # 10228331-A, 262nd Judicial
      District Court; Breach Of 'Certificate Of Service'.


Dear Court Clerk:

I am the Applicant in the above styled and referenced cause
number.  I've forwarded a 'Writ Of Mandamus' before the Court,
seeking this Honorable Court to intervene and compel the lower
court to respond to Applicant's State Habeas, which has been
sitting for over five (5) years.

In an Order from the State Attorney, Hon. JILL F. BURDETTE,
dated 9/24/15, this Applicant was apprised, for the very first
time, of the Court of Criminal Appeals's Order dated 9/23/15.
At no time was this Applicant forwarded a copy of such an
Order.  In addition, the State's "ANSWER AND ANY EXHIBITS" in
response to Applicant's Writ allegations were never forwarded
to him, in breach of 'Certificate Of Service' proceedings.

By depriving this Applicant of the required copy of the
State's Response, and relevant Court Order, I am unable to
submit any necessary 'Rebuttals' to the State's response, up
to and including a response to my 'Ineffective Assistance of
Counsel' claims.

Please forward me the necessary 'Orders' to the Clerk, along
with any copy of the State's and Trial Court response, so that
a 'timely' rebuttal, if any, may be submitted.  Your help in
this matter would be greatly appreciated.

Sincerely,

Ervin Kay
Applicant Pro Se
cc: 262nd Judicial District Court